No. 95–9231. ROBINSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮

No. 95–9232. CHINN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 95–9233. WILSON v. OHIO. Sup. Ct. Ohio. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 95–9234. WHITE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 95–9236. BRAHMS-GARCIA v. UNITED STATES; and
No. 96–5050. CISNEROS-SILVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 81 F. 3d 170.

No. 95–9237. LUSSIER v. UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 95–9238. MEDLOCK v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮

No. 95–9239. RUIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 95–9240. SUAREZ-RIASCOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 95–9241. RIVERA v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. ▮ ▮▮▮▮▮▮▮▮▮

No. 95–9242. CARTER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

No. 95–9243. SPIVA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 95–9244. BROWN v. YOUNT, SUPERINTENDENT, GRAHAM CORRECTIONAL CENTER, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–9245. SHILLING v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮